■ GENERAL MOTORS ACCEPTANCE CORPORATION, Respondent, v MANUFACTURERS HANOVER TRUST COMPANY/WESTERN, N. A., Appellant.—Order and judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Doyle, J. (Appeal from Order and Judgment of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present —Denman, P. J., Callahan, Boomer, Balio and Davis, JJ.

■ JESSE CHANDLER, Respondent, v DAVID PONTING, Appellant and Third-Party Plaintiff-Appellant. SYRACUSE UNIVERSITY et al., Third-Party Defendants-Respondents.—Order unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Dismiss Third-Party Complaint.) Present—Denman, P. J., Callahan, Boomer, Balio and Davis, JJ.